# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158311(62)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CHRISTIE DeRUITER,
      Plaintiff/Counterdefendant-
      Appellee,

v

TOWNSHIP OF BYRON,
      Defendant/Counterplaintiff-
      Appellant.
_____/

SC: 158311
COA: 338972
Kent CC: 16-004195-CZ

On order of the Chief Justice, the motion of the Cannabis Attorneys of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on April 16, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2019



Clerk